UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE STEVENSON,<br><br>                    Plaintiff,<br><br>V.<br><br>NEIGHBORHOOD HOUSE CHARTER SCHOOL,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.  05-CV-11584-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF BARRY J. MILLER

Kindly enter the appearance of Barry J. Miller on behalf of the Defendant, Neighborhood House Charter School, in connection with the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted,<br>NEIGHBORHOOD HOUSE CHARTER SCHOOL<br>By its attorneys,<br><br>     /s/  Barry J. Miller<br>Lynn A. Kappelman (BBO # 642017)<br>Barry J. Miller (BBO # 661596)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:     (617) 946-4800 |
| DATED:  August 31, 2005 | Telecopier:    (617) 946-4801 |

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served on John W. Davis, Davis & Davis, P.C., 77 Franklin Street, 3rd Floor, Boston, MA 02110, as counsel for the plaintiff by first class mail, postage prepaid, on August 31, 2005.

     /s/ Barry J. Miller
Barry J. Miller

BO1 15734357.1