# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE STEVENSON, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>NEIGHBORHOOD HOUSE CHARTER )<br>SCHOOL, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.  05-CV-11584-DPW |

## NOTICE OF APPEARANCE OF LYNN A. KAPPELMAN

Kindly enter the appearance of Lynn A. Kappelman on behalf of the Defendant, Neighborhood House Charter School, in connection with the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted,<br>NEIGHBORHOOD HOUSE CHARTER SCHOOL<br>By its attorneys,<br><br>   /s/  Lynn A. Kappelman<br>Lynn A. Kappelman (BBO # 642017)<br>Barry J. Miller (BBO # 661596)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800 |
| DATED:  August 31, 2005 | Telecopier:    (617) 946-4801 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on John W. Davis, Davis & Davis, P.C., 77 Franklin Street, 3rd Floor, Boston, MA 02110, as counsel for the plaintiff by first class mail, postage prepaid, on August 31, 2005.

       /s/ Barry J. Miller
           Barry J. Miller

BO1 15734354.1