**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANICE STEVENSON,       )<br>            Plaintiff,     )<br>                                 )<br>v.                                )<br>                                 )<br>NEIGHBORHOOD HOUSE CHARTER  )<br>SCHOOL,                    )<br>            Defendant.     ) | CIVIL ACTION NO.  05-CV-11584-DPW |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant Neighborhood House Charter School states that it has no parent corporation.  Defendant further states that it has never issued any stock and, therefore, no publicly held company owns more than 10% of its stock.  If necessary, Defendant will supplement this statement upon any change in the information disclosed herein, as required by Local Rule 7.3(B).

                                                    Respectfully submitted,
                                                    NEIGHBORHOOD HOUSE CHARTER SCHOOL,

                                                           /s/ Barry J. Miller
                                                  Lynn A. Kappelman (BBO # 642017)
                                                  Barry J. Miller (BBO # 661596)
                                                  SEYFARTH SHAW LLP
                                                  World Trade Center East
                                                  Two Seaport Lane, Suite 300
                                                  Boston, MA 02210-2028
                                                  Telephone:     (617) 946-4800
DATED:  October 11, 2005               Telecopier:    (617) 946-4801

**CERTIFICATE OF SERVICE**

I, Barry J. Miller, hereby certify that on this 11th day of October, 2005, a true copy of the foregoing document was mailed, postage prepaid, to John W. Davis, Esq., counsel for Plaintiff, at Davis & Davis, P.C., 77 Franklin St., 3rd Floor, Boston, MA 02110.
            ___/s/ Barry J. Miller___
            Barry J. Miller