UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
JANICE STEVENSON,                           )
    Plaintiff,                              )
                                            )
v.                                          )    C.A. No.: 05-CV-11584-DPW
                                            )
NEIGHBORHOOD HOUSE CHARTER                  )
SCHOOL,                                     )
    Defendant                               )
_____)

### **COUNSEL'S ASSENTED-TO MOTION TO WITHDRAW APPEARANCE**

    **Now Comes**, John W. Davis, and Davis & Davis, P.C., and moves that this Court allow them to withdraw as counsel to the Plaintiff, Janice Stevenson, in the above-captioned matter.

    **As Grounds Therefore**, Attorney Davis states that the attorney-client relationship has deteriorated and that attempts at effective attorney-client communications have been and remain ineffective. Further, the Defendant assents to this Motion. Moreover, the Plaintiff has filed, without Attorney Davis' knowledge or input, numerous papers with this Court.

    **Wherefore**, Attorney Davis prays this Honorable Court allow him, and his firm, Davis & Davis, P.C., to withdraw as counsel to the Plaintiff, Janice Stevenson.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | John W. Davis, |
|  |  |
|  | /s/ John W. Davis |
| Dated:  4/18/06 | John W. Davis (BBO #648399) |
|  | Davis & Davis, P.C. |
|  | 77 Franklin Street, 3rd floor |
|  | Boston, Massachusetts 02110 |
|  | (617) 933-3838 |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party, and the plaintiff, Janice Stevenson, via first class mail on April 18, 2006.

/s/ John W. Davis
_____