April 9, 2006

Judge Douglas P. Woodlock
United States District Court
District Of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

   Re: Inaccurate Posting of Legal Documents for case 1:05-CV-11584-DPW

Dear Honorable Judge Woodlock:

On April 4, 2006, I sent the attached letter dated April 1, 2006, a motion for partial summary judgment, and four (4) Attachments 1, 1A, 2, and 3 regarding Case 1:05-CV-11584-DPW via FedEx Letter, 791433204410.
The Clerk of Court's office posted these documents on April 6, 2006.

**However, two Attachments: <u>Attachment 1A: Settlement and Release Agreement</u> and <u>Attachment 2: IRS Letter dated December 29, 2005 to Kevin Andrews, Headmaster;</u> are missing their first pages.**

To date, I have not received an explanation from the Clerk of Court as to why the first pages of the aforementioned attachments are missing. When my case documents are posted correctly, I can send then send opposing counsel copy.

I am resending the entire legal documents the Clerk of Court posted on April 6, 2006 with their missing pages. Please insure that the legal documents for my case are posted correctly. Also, I received notice from John W. Davis that he is withdrawing from this case. My last $1100 was paid to this attorney in order to get my unpaid overtime wages. I do not have money for another attorney. Am I eligible for a court appointed attorney?

Sincerely,

*Janice W Stevenson*

Janice W. Stevenson
P.O. Box 400372
Cambridge, MA 02140
617-721-2638 - ph
201-622-4890 - fax