## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
)
JANICE STEVENSON,                      )
    Plaintiff,                         )
                                 )
                                 )
v.                                     )    C.A. No.: 05-CV-11584-DPW
                                 )
NEIGHBORHOOD HOUSE CHARTER          )
SCHOOL,                                )
    Defendant                          )
_____)

### COUNSEL'S ASSENTED-TO MOTION TO POSTPONE HEARING

**Now Comes**, John W. Davis, and Davis & Davis, P.C., and moves that this Court allow them to postpone the hearing scheduled for May 5, 2006.

**As Grounds Therefore**, Attorney Davis states that he will be out of the country from May 5th through May 10th.  The Defendant, Neighborhood House Charter School, assents to this Motion.

**Wherefore**, Attorney Davis prays this Honorable Court allow him, and his firm, Davis & Davis, P.C., to postpone the hearing to a date after May 10, 2006.

Respectfully submitted,
John W. Davis,

/s/ John W. Davis
Dated:  4/28/06

John W. Davis (BBO #648399)
Davis & Davis, P.C.
77 Franklin Street, 3rd floor
Boston, Massachusetts 02110
(617) 933-3838

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party, and the plaintiff, Janice Stevenson, via first class mail on April 28, 2006.

/s/ John W. Davis
_____