UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JANICE STEVENSON
    Plaintiffs,                                     CIVIL ACTION NO. 05-11584-DPW

    vs.

NEIGHBORHOOD HOUSE CHARTER
SCHOOL
    Defendants

## ORDER TO SHOW CAUSE

WOODLOCK, District Judge

    This case was called for hearing on June 1, 2006.  Attorney John W. Davis failed to appear as directed in an electronic notice of hearing issued on May 1, 2006.

    Accordingly, **ATTORNEY JOHN W. DAVIS** is hereby ORDERED TO SHOW CAUSE why he should not be held in contempt for failure to appear at the scheduled hearing.  **ATTORNEY JOHN W. DAVIS** is **ORDERED** to electronically file a written response to this ORDER TO SHOW CAUSE with the Court, and serve a copy on the parties, within 10 days, but no later than **JUNE 12, 2006.**

    Further, the parties shall appear for a hearing in respect of this show cause order and the course of this litigation at **2:30 P.M.** on **JUNE 22, 2006** in Courtroom 1 on the 3rd floor, of the John Joseph Moakley Federal Courthouse, United States District Court, District of Massachusetts, One Courthouse Way, Boston, MA.  Parties shall be prepared to address all outstanding issues at this hearing.

                                                                       BY THE COURT,

                                                                       /s/ Michelle Rynne

DATED: June 2, 2006                                      Deputy Clerk