UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JANICE STEVENSON**
    Plaintiffs,                                         **CIVIL ACTION NO. 05-11584-DPW**

    vs.

**NEIGHBORHOOD HOUSE CHARTER SCHOOL**
    Defendants

## ORDER OF REFERRAL TO ADR PROGRAM

**WOODLOCK, D.J.**

    The above captioned matter is referred for mediation with the Court's ADR program. Parties request mediation be scheduled as soon as possible.

    Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).

    The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.

                                                      By the Court,

                                                      /s/ Michelle Rynne
**DATED: June 28, 2006**                              Deputy Clerk