```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JANICE STEVENSON
     Plaintiffs,                   CIVIL ACTION NO. 05-11584-DPW

       vs.

NEIGHBORHOOD HOUSE CHARTER
SCHOOL
     Defendants

### FURTHER SCHEDULING ORDER

WOODLOCK, D.J.

     The above-entitled action having been heard on JUNE 22, 2006, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1) discovery is to be completed by **SEPTEMBER 22, 2006**, unless shortened or enlarged by Order of this Court;

(2) motions for summary judgment are to be filed by **OCTOBER 27, 2006**, after completion of the necessary discovery and responses are to be filed by **NOVEMBER 10, 2006** and all filings must conform to the requirements of Local Rule 56.1;

(3) Case is referred to the Alternative Dispute Resolution Program for Mediation.

     All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions. The Court may then enter a final scheduling

order, if necessary.

    Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

                                              By the Court,

                                              /s/ Michelle Rynne
DATED:   June 28, 2006                              Deputy Clerk