# United States District Court
# District of Massachusetts

JANICE STEVENSON,
        Plaintiff,

        v.                           CIVIL ACTION NO. 2005-11584-DPW

NEIGHBORHOOD HOUSE CHARTER SCHOOL,
        Defendant.

## *REPORT RE: REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

On September 27, October 4, October 6 and October 23, 2006, I held the following ADR proceeding:

_____ EARLY NEUTRAL EVALUATION   __X__   MEDIATION

_____ MINI-TRIAL                              _____   SUMMARY JURY TRIAL

_____ SETTLEMENT CONFERENCE

The plaintiff, defendants' counsel and a representative of the defendant were present.

[X ]    The case was NOT SETTLED.  Further efforts to settle the case at this time are unlikely to be successful.  The case should be restored to active litigation status.


October 23, 2006                                                *Robert B. Collings*

__

        DATE                                                   ROBERT B. COLLINGS
                                      United States Magistrate Judge

Copy to:    Judge Woodlock
                Rebecca Tyler, Esquire
                Ms. Stevenson and counsel for the defendant.