# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE STEVENSON,<br><br>               Plaintiff,<br><br>v.<br><br>NEIGHBORHOOD HOUSE<br>CHARTER SCHOOL,<br><br>               Defendant. | CIVIL ACTION NO. 05-CV-11584-DPW |

## PROPOSED ORDER ON
## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

Upon consideration of the parties' respective submissions, Defendant's Motion to Amend Scheduling Order is hereby ALLOWED. The Court further Orders as follows:

(1) All discovery shall be completed on or before December 20, 2006;

(2) Dispositive motions shall be filed on or before January 19, 2007; and

(3) Responses to dispositive motions shall be filed on or before February 2, 2007.


SO ORDERED,


Dated: _____, 2006        By: _____
                                                                             Joyce London Alexander, USMJ