UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE STEVENSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEIGHBORHOOD HOUSE )<br>CHARTER SCHOOL, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO.  05-CV-11584-DPW |

**PROPOSED ORDER ON
<u>DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER</u>**

Upon consideration of the parties' respective submissions, Defendant's Motion to Amend Scheduling Order is hereby ALLOWED. The Court further Orders as follows:

(1) Plaintiff shall produce all documents requested in Defendant's First Set of Document Requests to Plaintiff on or before November 20, 2006;

(2) Plaintiff shall appear for continued deposition on December 20, 2006;

(3) All discovery shall be completed on or before December 20, 2006;

(4) Dispositive motions shall be filed on or before January 19, 2007; and

(5) Responses to dispositive motions shall be filed on or before February 2, 2007.

SO ORDERED,

Dated:  November __, 2006          By: _____
                                                           Joyce London Alexander, USMJ

BO1 15811288.1