UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

Case Number 1:05-cv-11584-DPW

Janice Stevenson, Plaintiff

v.                    NOTICE OF APPEAL

Neighborhood House Charter School
    Defendant

Notice is hereby given that Janice Stevenson in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from an order denying Summary Judgment to the Plaintiff entered in this action on January 23, 2007.

*Janice Stevenson* (signature)

Janice Stevenson
P.O. Box 400372
Cambridge, MA  01240
617-721-2638 – ph

## CERTIFICATE OF SERVICE

I, Janice Stevenson, certify that a copy of the Notice of Appeal was sent to the parties listed below by electronic mail or facsimile on February 20, 2007.

Barry Miller
Lynn Kappelman
Sefarth Shaw, LLP
Two Seaport Lane
Suite 300
Boston, MA 02210
617-946-4800 - phone
617-946-4801 – fax

*Janice Stevenson*