AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

☑ United States District Court for the _District of Massachusetts_
☐ United States Court of International Trade
☐ United States Claims Court

Type of case: _29:201 Denial of Overtime Compensation_

v.

Plaintiff(s) _Janice Stevenson_     Defendant(s) _Neighborhood House Charter School_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.: _05-CV-11584_     Date of Judgment or Order: _1/23/2007_

Cross or related appeal? ___     Date of Notice of Appeal: _2/22/2007_

Appellant is: ☑ Plaintiff  ☐ Defendant  ☐ Other (explain) ___

FEES:  Court of Appeals Docket Fee Paid?  ☐ Yes  ☑ No
        U.S. Appeal?  ☐ Yes  ☑ No
        In forma pauperis?  ☐ Granted  ☐ Denied
                            ☐ Revoked  ☐ Pending  ☐ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_Janice Stevenson_
_P.O. Box 400372_
_Cambridge, MA 02140_
_617-721-2638_

_Barry J. Miller_
_Seyfarth Shaw, LLP_
_Two Seaport Lane, Suite 300_
_Boston, MA 02210_
_617-946-4801_

COURT REPORTER (Name and telephone): _Pamela Owens_  _617-443-0008_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.