UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANICE STEVENSON,<br><br>Plaintiff,<br><br>v.<br><br>NEIGHBORHOOD HOUSE CHARTER SCHOOL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-CV-11584-DPW<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO RENEW SUMMARY JUDGMENT**

Plaintiff, Janice Stevenson, ("Plaintiff") move this court to renew her motion for summary judgment along with its attachments, filed with this court on or around December 20, 2006. Plaintiff moves this court to determine that Defendant willfully violated the Federal Labor and Standards Act (FLSA). Plaintiff's motion for summary judgment is in the possession of the Defendant.

Therefore, Plaintiff moves this Court to renew Plaintiff's Motion for Summary Judgment. If the Court will not grant Plaintiff summary judgment, Plaintiff moves this court to set a trial date.

Dated: March 14, 2007

Respectfully submitted by,

*[signature]*

Janice Wilson Stevenson
P.O. Box 400372
Cambridge, MA 02140
617-721-2638 - ph
866-838-4286 – fax

CERTIFICATE OF SERVICE

I hereby certify that this document was served on NEIGHBORHOOD HOUSE CHARTER SCHOOL by electronic mail or facsimile to:

> Lynn A. Kappelman (BBO # 642017)
> Barry J. Miller (BBO # 661596)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone: (617) 946-4800
> Telecopier: (617) 946-4801

*/s/ Janice W. Stevenson*